THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN PORTNER.—

Concur
— Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD WARD v.
MILTON KLEIN, as Warden of the City Prison, Bronx County.—
Concur—Botein, P. J., Breitel,
Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM P. MASSELLI.

Concur—Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES C. DAVIS.—

Concur—Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST FRANK MAZZELLA.

Concur—Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALMARS ELKSNIS.—

Concur
— Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD ROSENFELD,
PHILIP J. BUCKLES and JAMES KELLY.—

Concur—Botein, P. J., Breitel, Rabin, Valente and
McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BATES.—

Concur—Breitel,
J. P., Rabin, Valente, McNally and Stevens, JJ.

RALPH BRUNO v. ALMAR RESIDENCES CORP. ALMAR RESIDENCES CORP.
v. LEO BRILL, Doing Business as CONSOLIDATED CONTRACTING CO.—
Concur—Botein, P. J.,
Breitel, Valente, McNally and Stevens, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HUNTLEY,
KENNETH HEADLEY and BOBBY SAMS. (B) THE PEOPLE OF THE STATE OF
NEW YORK v. MANUEL OSTOLAZA. (C) THE PEOPLE OF THE STATE OF NEW
YORK v. GENERAL F. HARRIS. (D) THE PEOPLE OF THE STATE OF NEW YORK
v. ANTONIO FUENTES. (E) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE
BIRCH.— Concur—Botein,
P. J., Breitel, Rabin, Valente and Steuer, JJ.